## ANTHONY BEELIN AND HENRY C. BOSLER *versus* ABRAHAM EDWARDS AND HENRY J. HUNT

JOURNAL ENTRIES (1821–25): *Journal 3:* (1) Continued *p. 265; (2) rule for judgment *p. 351; (3) motion to set aside supersedeas *p. 430. *Journal 4:* (4) Rule to strike from docket and to enter judgment nunc pro tunc MS p. 1.

PAPERS IN FILE: (1) Agreement to enter amicable suit; (2) declaration; (3) calculation of amount due; (4) sheriff's bill of fees; (5) petition and order for supersedeas; (6) supersedeas bond; (7) writ of supersedeas and allowance; (8) plea of non assumpsit; (9) precipe for execution fi. fa.; (10) writ of fi. fa. and return; (11–12) promissory notes.

*1821 Calendar*, MS p. 120. Recorded in *Book B*, MS pp. 456–58.

## ANTHONY BEELIN AND HENRY C. BOSLER *versus* ABRAHAM EDWARDS

JOURNAL ENTRIES (1821–25): *Journal 3:* (1) Continued *p. 265; (2) rule for judgment *p. 351; (3) motion to set aside supersedeas *p. 430. *Journal 4:* (4) Rule to strike from docket and to enter judgment nunc pro tunc MS p. 1.

PAPERS IN FILE: (1) Agreement to enter amicable suit; (2) declaration; (3) recognizance; (4) bail piece; (5) assessment of damages; (6) supersedeas bond; (7) writ of supersedeas and allowance; (8) plea of non assumpsit; (9) precipe for fi. fa.; (10) writ of fi. fa. and return; (11) promissory note.

*1821 Calendar*, MS p. 121. Recorded in *Book B*, MS pp. 459–61.